**LEXINGTON FEDERATION OF TELE-PHONE WORKERS, Inc., Appellant, v. KENTUCKY TELEPHONE CORPORA-TION, Appellee.**

No. 11625.

United States Court of Appeals
Sixth Circuit.

Feb. 20, 1953.

Weldon Shouse, Lexington, Ky., for appellants.

Harbison, Kessinger, Lisle & Bush, Lexington, Ky., for appellee.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and it appearing that the facts in the case were agreed upon and stipulated by the parties, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment dismissing appellant's complaint be and is hereby affirmed, in accordance with the conclusions of law of the District Court. 94 F.Supp. 894.

**Eva LOLLOS, Appellant, v. VETERANS ADMINISTRATION and United States of America.**

No. 10908.

United States Court of Appeals
Third Circuit.

Argued Feb. 17, 1953.

Decided March 5, 1953.

John M. Kaufman, Newark, N. J. (Emil H. Block, Newark, N. J., on the brief), for appellant.

Peter C. Charuhas, Washington, D. C. (Grover C. Richman, Jr., U. S. Atty., Newark, N. J., Edward V. Ryan, Asst. U. S. Atty., Jersey City, N. J., Holmes Baldridge, Asst. Atty. Gen. and D. Vance Swann, Atty., Department of Justice, Washington, D. C., on the brief), for appellees.

Before KALODNER, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

The judgment and order of the District Court will be affirmed upon the opinion of Judge Meaney, 105 F.Supp. 870.